UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID TORRES-PAZ (1)<br>LAURA HERNANDEZ-FLORES (2),<br><br>Defendant | CASE NO.:   20-CR-1306-JLS<br><br>HON. JANIS L. SAMMARTINO<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from November 6, 2020 at 1:30 p.m. until December 18, 2020 at 1:30 p.m.  Defendant Hernandez-Flores shall file an acknowledgement of the new hearing date by November 13, 2020.

It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated:  November 5, 2020

Hon. Janis L. Sammartino
United States District Judge